IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

COLUMBIA PROPERTIES VICKSBURG, LLC                        PLAINTIFF

VERSUS                      CIVIL ACTION NO. 5:08cv3DCB-JMR

ERGON MARINE INDUSTRIAL SUPPLY, ET AL                     DEFENDANTS

ORDER

This cause comes before the Court pursuant to the Suggestion of Bankruptcy filed by Plaintiff on May 31,2008. The Court finds that there appears to be no further reason to maintain the file as an open one for statistical purposes.

Nothing contained in this minute entry shall be considered a dismissal or disposition of this matter and should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this minute entry had not been entered .

This the 8th day of July , 2008

s/John M. Roper Sr.
UNITED STATES MAGISTRATE JUDGE